UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-MJ-1063

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER FOR DISMISSAL |
| v. ) | |
| ) | |
| ROOSEVELT ROBINSON, ) | |
| aka Isiah Robinson ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the complaint and warrant pending against the above-captioned defendant for the reason that the defendant has been apprehended, returned to North Carolina, and is in the custody of state authorities.

This, the 10th day of February, 2015.

THOMAS G. WALKER
United States Attorney

BY: /s/ Thomas B. Murphy
THOMAS B. MURPHY
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Ph: 919-856-4530; FAX: 919-856-4487
Email: thomas.murphy2@usdoj.gov
N.C. Bar No. 12498

Leave of Court is granted for the filing of the foregoing dismissal.

James C. Dever, III
CHIEF UNITED STATES DISTRICT JUDGE

Date: 2/10/15